STATE OF NEW JERSEY v. VINCENT SCOTT NOEL.

March 4, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS CARATTINI.

March 4, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE HOWARD CROMWELL.

March 4, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD FLETCHER.

March 4, 1986.

Petition for certification denied.